AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

Fur Coat held in the name of Diane Gustus
located at Neiman Marcus
2255 International Drive
McLean, VA 22102

**SEIZURE WARRANT**

CASE NUMBER: 0 7 - 6 3 8 - M - 0 1

TO:  _SA Debra L. LaPrevotte_  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  _Special Agent Debra L. LaPrevotte_  who has reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely a fur coat located at Neiman Marcus held in the name of Diane Gustus.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law

DEC 1 3 2007
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D. C.

_____
Signature of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12/13/07 | 12/14/07  11:00 AM | Neiman Marcus Security |

INVENTORY MADE IN THE PRESENCE OF     Jerry Snipton, Retired FBI

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

one Mink Coat.

FILED

MAR 18 2008

NANCY MAYER Whittington Clerk
U.S DISTRICT Court

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____           03/18/08
U.S Judge or U S Magistrate Judge                Date